IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BRIAN SPEER, | § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| | | CIVIL ACTION NO. 9:23-CV-00115 |
| VS. | | JUDGE MICHAEL J. TRUNCALE |
| | | |
| MIDLAND CREDIT MANAGEMENT, INC. AND EQUIFAX INFORMATION SERVICES, LLC, | | |
| | | |
| *Defendants.* | | |

## ORDER DISMISSING CASE AS TO DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.

Before the Court is Plaintiff and Defendant Midland Credit Management, Inc.'s Joint Stipulation of Dismissal Without Prejudice. [Dkt. 26]. The Parties hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Defendant Midland Credit Management, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that the Plaintiff's claims as to Defendant Midland Credit Management, Inc. are **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs with respect to those claims.

It is further **ORDERED** that all Court dates and deadlines with respect to the claims against Defendant Midland Credit Management, Inc. are hereby **VACATED**, and all pending motions filed herein as to Defendant Midland Credit Management, Inc. are hereby **DENIED AS MOOT**.

**SIGNED this 25th day of October, 2023.**

Michael J. Truncale
United States District Judge