IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| BRIAN SPEER,<br><br>*Plaintiff,*<br><br>VS.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>*Defendant.* | § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. 9:23-CV-00115<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING ALL REMAINING CLAIMS

Before the Court is Plaintiff and Defendant Equifax Information Services, LLC's Joint Stipulation of Dismissal With Prejudice. [Dkt. 28]. The Parties hereby stipulate to a dismissal with prejudice of Plaintiff's claims against Defendant Equifax Information Services, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that the Plaintiff's claims as to Defendant Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all remaining Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are hereby **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 1st day of November, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge